IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

MICHAEL BROWN, RHONDA BROWN §
AND CHARLES BROWN, §
§
Plaintiffs, §
§                    CIVIL ACTION NO. 9:20-CV-00143
v. §                    JUDGE MICHAEL J. TRUNCALE
§
CROP PRODUCTION SERVICES, INC. §
AND NUTRIEN AG SOLUTIONS, INC., §
§
Defendants. §

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. [Dkt. 37]. The parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 18th day of August, 2021.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge